AMERICAN EAGLE FIRE INSURANCE COMPANY, respondent,

*v.*

GRANT BUILDING AND LOAN ASSOCIATION, appellant.

[Decided May 16th, 1932.]

*Mr. Arthur T. Vanderbilt,* for the respondent.

*Messrs. Kalisch & Kalisch,* for the appellant.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *108 N. J. Eq. 83.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, KERNEY, JJ. 13.

*For reversal*—None.